UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY GANCI,

Petitioner,

v.

JOHN HENLEY,

Respondents.

Case No. 3:25-cv-00671-ART-CLB

ORDER

Petitioner Gregory Ganci requests an extension of time to file his amended petition. (ECF No. 8.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 8) is granted. Ganci has until September 2, 2026, to file his amended petition. DATED THIS 8th day of June, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1