UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY GANCI,<br>Petitioner,<br>v.<br>JOHN HENLEY,<br>Respondents. | Case No. 3:25-cv-00671-ART-CLB<br>ORDER |

Petitioner Gregory Ganci requests an extension of time to file his amended petition. (ECF No. 14.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 14) is granted. Ganci has until December 1, 2026, to file his amended petition.

DATED THIS 28th day of September, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE